UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Davis Totten,

     Plaintiff,

v.                                                                Case No.  11-12485
                                                                  Honorable Sean F. Cox

C. Caldwell, *et al.*,

     Defendants.

_____/

### ORDER ADOPTING
### FEBRUARY 21, 2012 REPORT AND RECOMMENDATION

Plaintiff Davis Totten ("Totten") filed this suit, brought pursuant to 42 U.S.C. § 1983, against several Defendants who are officials at the Ryan Road Correctional Facility in Detroit, Michigan.  The matter was referred to Magistrate Judge Mark Randon for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

Totten filed a motion seeking to make photocopies of religious materials (Docket Entry No.4).  In a Report and Recommendation ("R&R") issued on February 21, 2012, Magistrate Judge Randon recommended that this Court deny the motion as moot.  (Docket Entry No. 23).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby ADOPTS the February 21, 2012 R&R.  IT IS ORDERED that Totten's Motion (Docket Entry No. 4) is DENIED.

IT IS SO ORDERED.


Dated:  March 19, 2012                    S/ Sean F. Cox_____
                                          Sean F. Cox
                                          U. S. District Court Judge


I hereby certify that on March 19, 2012, the foregoing document was served upon counsel of record by electronic means and upon Davis Totten by First Class Mail at the address below:

Davis Totten
182985
Special Alternative Incarceration
18901 Waterloo Road
Shelsea, MI 48118


Dated:  March 19, 2012                    S/ Jennifer Hernandez_____
                                          Case Manager