UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVIS TOTTEN,

    Plaintiff,                            CIVIL ACTION NO. 11-12485

    v.                                   DISTRICT JUDGE SEAN F. COX

CARRON CALDWELL,               MAGISTRATE JUDGE MARK A. RANDON
RAYMOND D. BOOKER,
TINA POPE, AND MARVA MYLES,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY (DKT. NO. 21)

This matter is before the Court on Plaintiff Samuel Surles' Motion to Compel Discovery. (Dkt. No. 21). Surles asks the Court for an order compelling the Defendants to produce documents he requested on November 22, 2011.

However, the Complaint in this case was filed and signed by Davis Totten; Surles did not sign the Complaint nor has this Court certified the case as a class action. "*Pro se* prisoners generally may not bring class action lawsuits concerning prison conditions." *Dodson v. Wilkinson*, 304 Fed. Appx. 434, 438 (6th Cir. 2008) (citations omitted). Accordingly, Plaintiff Surles' Motion is **DENIED**.

                                               s/Mark A. Randon
                                               MARK A. RANDON
                                                UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2012

## *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, August 3, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
